IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01858–EWN–MJW

SEAN HARRINGTON,

      Plaintiff,

v.

MADELINE WILSON and the
"LAW OFFICE OF MADELINE WILSON";
CHRISTY RYAN;
BILL J. FYFE and
COLUMBINE COUNSELING CENTER, P.C.;
LAURA ARCILISE, in her personal capacity;
LOUISE CULBERSON-SMITH, in her
personal capacity;
JOHN GLEASON, in his personal capacity and
his official capacity (as Attorney Regulation
Counsel);
WENDELL PRYOR, in his official capacity as
Director of the Colorado Civil Rights Division &
Colorado Civil Rights Commission;
ROBERT EVANS, in his official capacity as
ADA Coordinator and Court Administrator for
the First Judicial District; the
JEFFERSON COUNTY COMBINED COURT,
through the COLORADO ATTORNEY
GENERAL, JOHN SUTHERS (in his official
capacity),

      Defendants.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the recommendations of United States Magistrate Judge filed September 7, 2006.  No party has objected to the recommendation.  I have conducted the requisite *de novo* review of the issues, the record, and the recommendation.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendant Christy Ryan's Motion to Dismiss (#25) is GRANTED.

3. The Fyfe Defendants' Motion to Dismiss (#29) is GRANTED.

4. Defendant Madeline Wilson and the Law Office of Madeline Wilson's Motion to Dismiss Plaintiff's First Amended Complaint (#38) is GRANTED.

5. The State Defendants' Motion to Dismiss (## 39 and 42) are GRANTED.

6. The Plaintiff's Emergency Forthwith Motion for Preliminary Injunction and for Sanctions (#52) is DENIED.

DATED this 21st day of September, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge