IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01858–EWN–MJW

SEAN HARRINGTON,

     Plaintiff,

v.

MADELINE WILSON and the
"LAW OFFICE OF MADELINE WILSON";
CHRISTY RYAN;
BILL J. FYFE and
COLUMBINE COUNSELING CENTER, P.C.;
LAURA ARCILISE, in her personal capacity;
LOUISE CULBERSON-SMITH, in her
personal capacity;
JOHN GLEASON, in his personal capacity and
his official capacity (as Attorney Regulation
Counsel);
WENDELL PRYOR, in his official capacity as
Director of the Colorado Civil Rights Division &
Colorado Civil Rights Commission;
ROBERT EVANS, in his official capacity as
ADA Coordinator and Court Administrator for
the First Judicial District; the
JEFFERSON COUNTY COMBINED COURT,
through the COLORADO ATTORNEY
GENERAL, JOHN SUTHERS (in his official
capacity),

     Defendants.

---

**ORDER**

Plaintiff has failed to state a valid reason for staying the judgment.  Accordingly, his

motion to stay (#86) is DENIED.

DATED this 27th day of September, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge