IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01858-EWN-MJW

SEAN HARRINGTON,

        Plaintiff,

v.

MADELINE WILSON and the
 "LAW OFFICE OF MADELINE WILSON",
CHRISTY RYAN,
BILL J. FYFE and
COLUMBINE COUNSELING CENTER, P.C.,
LAURA ARCILISE, in her personal capacity,
LOUISE CULBERSON-SMITH, in her personal capacity,
JOHN GLEASON, in his person capacity and
his official capacity (as Attorney Regulation Counsel),
WENDELL PRYOR, in his official capacity as
Director of the Colorado Civil Rights Division &
Colorado Civil Rights Commission,
ROBERT EVANS, in his official capacity as
ADA Coordinator and Court Administrator for the
First Judicial District, the
JEFFERSON COUNTY COMBINED COURT,
through the COLORADO ATTORNEY
GENERAL, JOHN SUTHERS (in his official capacity),

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Nottingham, Judge

      Plaintiff submitted a Notice of Appeal on September 26, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

1

**(A)** **Filing Fee**
    <u> X </u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    <u> X </u>   is not submitted
    ___   is not on proper form (must use the court's current form)
    ___   is missing original signature by plaintiff/petitioner on motion
    ___   is missing affidavit
    ___   affidavit is incomplete
    ___   is missing original signature by plaintiff/petitioner on affidavit
    ___   affidavit is not notarized or is not properly notarized
    ___   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 27th day of September, 2006.

                            BY THE COURT:

                            s/ Edward W. Nottingham
                            JUDGE, UNITED STATES DISTRICT
                            COURT FOR THE DISTRICT OF COLORADO