IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01858–EWN–MJW

SEAN HARRINGTON,

    Plaintiff,

v.

MADELINE WILSON and the
"LAW OFFICE OF MADELINE WILSON";
CHRISTY RYAN;
BILL J. FYFE and
COLUMBINE COUNSELING CENTER, P.C.;
LAURA ARCILISE, in her personal capacity;
LOUISE CULBERSON-SMITH, in her
personal capacity;
JOHN GLEASON, in his personal capacity and
his official capacity (as Attorney Regulation
Counsel);
WENDELL PRYOR, in his official capacity as
Director of the Colorado Civil Rights Division &
Colorado Civil Rights Commission;
ROBERT EVANS, in his official capacity as
ADA Coordinator and Court Administrator for
the First Judicial District; the
JEFFERSON COUNTY COMBINED COURT,
through the COLORADO ATTORNEY
GENERAL, JOHN SUTHERS (in his official
capacity),

    Defendants.

**ORDER**

This matter is before the court on Plaintiff's motion (#93) asking the court to reconsider its order awarding costs. Upon review of the motion and authorities cited therein, the court remains of the view that Plaintiff's case was vexatious and frivolous and that the award of costs was proper. It is therefore

ORDERED that the motion be DENIED.

DATED this 25th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge